**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ivan MARTINEZ–DELCID,**
**Defendant–Appellant.**

No. 05–51167.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, Western

District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Lucien B. Campbell, Federal Public De-
fender, Donna F. Coltharp, Federal Public
Defender's Office, Western District of Tex-
as, San Antonio, TX, for Defendant–Appel-
lant.

Before JONES, Chief Judge, and
JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Ivan Martinez–Delcid raises argu-
ments that are foreclosed by *Almendarez–
Torres v. United States,* 523 U.S. 224, 235,
118 S.Ct. 1219, 140 L.Ed.2d 350 (1998),
which held that a prior conviction is a
sentencing factor under 8 U.S.C.
§ 1326(b)(2) and not a separate criminal
offense. The Government's motion for
summary affirmance is GRANTED, and
the judgment of the district court is AF-
FIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.